SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
cm@SoCalEAG.com

Attorneys for Plaintiff
JULIO CRUZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO CRUZ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ASAHI INVESTMENTS, L.P.; and DOES 1 to 10,<br><br>　　　　Defendants. | **Case No.: 8:24-cv-01399-DOC (Ex)**<br><br>**Plaintiff's Notice of Motion and Motion for Default Judgment by Court**<br><br>Date: September 30, 2024<br>Time: 8:30 a.m.<br>Courtroom: 10A<br><br>Honorable Judge David O. Carter |

　　　　To Defendant ASAHI INVESTMENTS, L.P., and the attorneys of record, if any: Please take notice that on September 30, 2024, at 8:30 a.m., or as soon thereafter as this matter may be heard by this Court located at 411 West Fourth Street, Santa Ana, California, Plaintiff JULIO CRUZ will present Plaintiff's motion for default judgment against Defendant ASAHI INVESTMENTS, L.P.. The Clerk has previously entered the default on said Defendant on August 12, 2024 (Dkt. #13).

　　　　At the time and place of hearing, Plaintiff will present proof of the following matters: (1) Defendant ASAHI INVESTMENTS, L.P., is not a minor or an incompetent person or in military service or otherwise exempted under the Soldier and Sailor's Civil

Relief Act of 1940; (2) Defendant ASAHI INVESTMENTS, L.P., has not appeared in this action; and (3) Plaintiff is entitled to judgment against said Defendant on account of the claims pleaded in the complaint, to wit: a violation of the Americans with Disabilities Act, the Unruh Civil Rights Act, the California Disabled Persons Act, the California's Unfair Competition Act, and Negligence.

The Plaintiff seeks a judgment in the amount of $4,000.00 in statutory damages, $2,285.00 in attorney's fees, and $590.00 in costs as set forth in the attached Declaration of Jason J. Kim and an Order directing the Defendant to: make alterations in such a manner that, to the maximum extent feasible, the goods, services, facilities, privileges, advantages, or accommodations offered by Defendant are readily accessible to and usable by individuals with disabilities at the property located at or about 8468 Indianapolis Ave., Huntington Beach, California. This motion is based on this notice, the declarations submitted in support of this motion, and other matters which may be presented at the hearing.

Notice of the original motion for default judgment by court was served on Defendant ASAHI INVESTMENTS, L.P., on August 28, 2024, by first class United States Mail, postage prepaid.

Dated: August 28, 2024          **SO. CAL. EQUAL ACCESS GROUP**

By:   /s/ Jason J. Kim
      Jason J. Kim, Esq.
      Attorneys for Plaintiff